# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 26, 2013

_____

DOCKET CORRECTION NOTICE

_____

No. 13-4217,   US v. Lenora Banks-Davis
            3:12-cr-00082-JAG-1

TO:   Andrew Anthony Protogyrou

MOTION DUE:  October 3, 2013

Please file the motion identified below by the due date indicated using the **MOTION** entry.

_____

[x] **MOTION / exceed length limitations** Reimbursement for copy expenses for the appendix in a court-appointed case will be limited to 250 double-sided sheets unless the court has granted a motion to exceed length limitations.


Michael Radday, Deputy Clerk
804-916-2702